IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 18-cv-01905-CMA-NYW

VIVA REALTY GROUP & INVESTMENTS, LLC,

    Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.

─────────────────────────────────────────────────────────────

**ORDER AFFIRMING AND ADOPTING THE OCTOBER 2, 2018 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND ADMINISTRATIVELY CLOSING CASE**
─────────────────────────────────────────────────────────────

This matter is before the Court on the October 2, 2018 Order and Recommendation by United States Magistrate Judge Nina Y. Wang, in which she granted in part and denied in part the parties' Joint Motion to Stay Proceedings and Vacate a Scheduling Conference (Doc. # 18) and recommended that this Court administratively close this matter, subject to reopening for good cause. (Doc. # 20.) Because the parties have agreed to proceed with the appraisal process contemplated by the underlying insurance contract, Magistrate Judge Wang suggested that administrative closure of the matter is more appropriate than an indefinite stay. (*Id.* at 3–4.) The Order and Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Order and Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Order and Recommendation. (Doc. # 20 at 4–5 n.1.) Despite this advisement, no party filed objections to Magistrate Judge Wang's Order and Recommendation to the extent it recommended administrative closure. "In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.")).

The Court has reviewed the parties' Joint Motion to Stay Proceedings and Vacate a Scheduling Conference (Doc. # 18) and Magistrate Judge Wang's Order and Recommendation (Doc. # 20), in addition to applicable portions of the record and relevant legal authority. It is satisfied that Magistrate Judge Wang's recommendation that this Court administratively close the matter is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a).

Accordingly, the Court ORDERS as follows:

1. The Order and Recommendation of United States Magistrate Judge Wang (Doc. # 20) is AFFIRMED and ADOPTED to the extent that it recommended administrative closure of this matter;

2. The Clerk of the Court shall ADMINISTRATIVELY CLOSE this action pursuant to D.C.COLO.LCivR 41.2, subject to reopening for good cause shown following the appraisal process.

DATED: October 29, 2018

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge